TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BESHAI (Cal. Bar No. 308030)
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
411 W. Fourth Street, Suite 8000
Santa Ana, California 92701
Telephone:     (714) 338-3541
Facsimile:     (714) 338-3708
E-Mail: andrew.beshai2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-15-DOC |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING POSITION |
| v. | |
| MARTHA ELAINE SANDOVAL, | Hearing Date: May 16, 2022<br>Hearing Time: 1:30 p.m.<br>Location:     Courtroom of the<br>              Hon. David O. Carter |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Andrew Beshai, hereby files its sentencing position.

The government's position regarding sentencing is based upon the attached memorandum of points and authorities, the files and records in this case, the Presentence Report ("PSR"), the attached exhibits, and any other evidence or argument that the Court may wish to consider at the time of sentencing.

Dated: April 5, 2022                    Respectfully submitted,

                                        TRACY L. WILKISON
                                        United States Attorney

                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                              /s/
                                        Andrew Beshai
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.      INTRODUCTION**

On December 13, 2021, defendant Martha Elaine Sandoval ("defendant") pleaded guilty to count one of the seven-count indictment in this matter, charging defendant with a violation of 18 U.S.C. § 1343: Wire Fraud pursuant to a plea agreement.  On April 4, 2022, the United States Probation Office ("USPO") filed its Presentence Investigation Report ("PSR") (Dkt. No. 21) and recommendation ("Recommendation Letter") (Dkt. No. 20).

In the PSR, the USPO found that defendant's combined adjusted offense level, with acceptance of responsibility, is 16, and that defendant is in criminal history category I, yielding a Guidelines range of 21 to 27 months.  PSR ¶ 92.  The USPO also recommends a five-level downward departure from the guidelines based on defendant's age and health.  Recommendation Letter at 4.  With the departure, defendant's total offense level is 11, yielding a range of 8-14 months, and bringing the defendant into Zone B of the Sentencing Table.  Id.  For defendants falling in Zone B, the minimum term may be satisfied by, among other things, a sentence of probation that includes a condition or combination of conditions that substitute intermittent confinement, community confinement, or home detention for imprisonment according to the schedule in USSG §5C1.1(e).

Alternatively, in the event the Court denies the departure, the USPO requested a variance to the recommended sentence based on the totality of statutory sentencing factors.  Id.  Overall, the USPO recommends: (1) a sentence of 3 years' probation; (2) a special

assessment of $100; and (3) restitution in the amount of $270,623.75. Recommendation Letter at 1-4.

The government agrees with the USPO's calculation of defendant's total offense level and criminal history category and likewise requests either a downward departure or variance to bring defendant into Zone B of the guidelines. The government recommends: (1) a sentence of 3 years' probation; (2) a special assessment of $100; and (3) restitution in the amount of $270,623.75. Recommendation Letter at 1-4.

## II.  FACTUAL BACKGROUND

In December 2002, defendant, filed an application with the California Public Employees' Retirement System (CalPERS) for survivor's benefits based on her claimed marriage to John Magdaleno Haro, her nephew. Defendant claimed that the couple was married on January 9, 1997 in Mexico, and as proof of that marriage she submitted a fake Mexican marriage certificate. On September 27, 2007, defendant filed an application with the Social Security Administration ("SSA") for survivor's benefits using the same story of the fake marriage. In fact, as defendant then knew, defendant and John Magdaleno Haro were never married, and defendant's statement to the contrary was meant to defraud SSA and CalPERS.

CalPERS paid defendant $64,312.75 in survivor's benefits from October 2002 to April 2019, based on her false statement that she was the widow of John Magdaleno Haro. The SSA paid defendant $206,311.00 in survivor's benefits from October 2007 to July 2018, based on her false statement that she was the widow of John Magdaleno Haro.

### III. A SENTENCE OF 3 YEARS' PROBATION IS REASONABLE AND APPROPRIATE PURSUANT TO THE 3553(A) FACTORS

As to the nature and seriousness of the offense, defendant falsified a marriage certificate and defrauded two government agencies to receive survivor's benefits. As to defendant's history, she has no prior felonies and has endured a traumatic life involving multiple abusive relationships. PSR ¶¶ 46-65. Additionally, defendant is a 77-year-old cancer survivor who suffers from a host of illnesses, including clogged arteries, renal cysts, and hepatic cirrhosis of the liver. Id. ¶¶ 67-75. Accordingly, the government respectfully submits that a 3-year sentence of probation will appropriately reflect the seriousness of the offense and promote respect for the law, deter future criminal conduct from both the defendant and others without being greater punishment than necessary, and serve to protect the community. Similarly situated defendants with the same criminal history, life circumstances, and health conditions would likely receive a sentence within the same range.

### IV. CONCLUSION

For the foregoing reasons, the government respectfully requests that this Court sentence defendant to 3 years' probation, a special assessment of $100, and restitution in the amount of $270,623.75.